# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL 2750<br>MASTER DOCKET NO. 3:16-md-2750 |
| THIS DOCUMENT RELATES TO | |
| Gabriel A. Autry; 3:16-cv-09557<br>Ann Bassett; 3:17-cv-02353<br>James W. Brown; 3:16-cv-09558<br>Feeby Carney; 3:17-cv-01249<br>Janet Devoto; 3:17-cv-00399<br>James D. Doss; 3:17-cv-00586<br>Mary Hess; 3:17-cv-02153<br>Janet John; 3:17-cv-00727<br>Gilbert Nockowitz; 3:16-cv-9484<br>Veronica Ryan; 3:16-cv-09526<br>Nancy Teague; 3:17-cv-02322<br>Doris Tindle; 3:16-cv-09499<br>Gloria Uwaifo; 3:17-cv-00514 | JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

## NOTICE OF VOLUNTARY DISMISSAL OF
## MITSUBISHI TANABE DEFENDANTS ONLY

TO THE CLERK OF THE COURT:

Plaintiffs, by and through undersigned counsel, pursuant to Case Management Order No. 7, hereby voluntarily dismiss Defendants Mitsubishi Tanabe Pharma Corporation, Mitsubishi Tanabe Pharma Holdings America, Inc., Mitsubishi Tanabe Pharma Development America, Inc., and Tanabe Research Laboratories, U.S.A., Inc. from the above-captioned actions in the Invokana (Canagliflozin) Products Liability Litigation, MDL 2750, without prejudice.

Dated: April 13, 2017          RESPECTFULLY SUBMITTED,

         /s/ Trent B. Miracle
         Trent Miracle (IL BAR No. 312802)
         Holly Nighbert (IL BAR No. 6325135)
         SIMMONS HANLY CONROY
         One Court Street
         Alton, IL 62002
         (618) 259-2222
         (618) 259-2251 (fax)
         tmiracle@simmonsfirm.com
         hnighbert@simmonsfirm.com
         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: April 13, 2017            */s/ Trent B. Miracle*
                                        Trent B. Miracle

                                          **SO ORDERED.**

                                          Date: April 17, 2017

                                          ***/s/ Brian R. Martinotti***
                                          **HON. BRIAN R. MARTINOTTI**
                                          **United States District Judge**