# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

**James Brown v. Janssen Pharmaceuticals, Inc., et al.,**
**Case No. 16-cv-09558**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff James Brown hereby dismisses this case in its entirety, as to all Defendants, with prejudice. Each party shall bear its own costs and attorney fees.

By: /s/ John J. Foley
John J. Foley
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
Tel: (618) 259-2222
Fax: (618) 259-2251
Email: jfoley@simmonsfirm.com

*Counsel for Plaintiff*

Dated: July 30, 2020

By: /s/ Michael C. Zogby
Michael C. Zogby
FAEGRE DRINKER BIDDLE
& REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: michael.zogby@faegredrinker.com

*MDL Liaison Counsel for Defendants*

Dated: July 30, 2020